EILEEN GOULD, Appellant, v. ARTHUR J. MCBRIDE, Respondent, et al., Defendants.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.